IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00284-ZLW

STEVEN DOUGLAS MCCARY,

        Plaintiff,

v.

KAREN PETERS, Deputy D.A., Boulder, Colorado,
RICHARD IRVIN, Attorney at Law,
GREGG FRIEDMAN, Attorney at Law,
TERRY MCCARY, ex-wife, alleged victim,
ANGELITA VASQUEZ, prosecution witness, and
MARIENA HARRIS, prosecution witness,

        Defendants.

ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

    Plaintiff submitted a Notice of Appeal on May 25, 2010. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
     X    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     X    is not submitted
     ___   is missing affidavit
     ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

   __ is missing required financial information
   __ is missing an original signature by the prisoner
   __ is not on proper form (must use the court's current form)
   __ other_____

Accordingly, it is

  ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

  FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

  FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

  DATED at Denver, Colorado, this __10th__ day of __June__, 2010.

        BY THE COURT:

        *[signature: Christine M. Arguello]*
        _____
        CHRISTINE M. ARGUELLO
        United States District Judge for
        ZITA LEESON WEINSHIENK
        Senior Judge, United States District Court